IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MINNIE SHELLY                                                                                      PLAINTIFF

V.                                                                                         CAUSE NO. 1:08CV14

NORTH MISSISSIPPI MEDICAL
CENTER, ET AL.                                                                                 DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came on the *ore tenus* motion of the plaintiff, Minnie Shelly, by and through counsel, to voluntarily dismiss with prejudice any and all claims and contentions of liability set forth against the defendants, North Mississippi Medical Center, Inc. ("NMMC"), North Mississippi Pain Management Center, L.L.C. ("NMPMC"), Tupelo Anesthesia Group, P.A. ("TAG"), Bruce Toppin, Esq. ("Toppin"), Shea Moody ("Moody"), MHA Solutions, Inc. ("MHA Solutions"), John Wheeler, Esq. ("Wheeler"), Mitchell, McNutt & Sams, P.A. ("MMS"), Mississippi Hospital Association ("MHA"), and Healthcare Providers Insurance Company ("HPIC"), in the Complaint filed herein per Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court, having considered the motion, is of the opinion that the same is well-taken and should be and is hereby sustained. All claims and contentions of liability set forth against NMMC, NMPMC, TAG, Toppin, Moody, MHA Solutions, Wheeler, MMS, MHA, and HPIC in the Complaint filed herein are hereby dismissed with prejudice. This matter shall proceed as to the defendant, Stanley Works, Inc., only.

**SO ORDERED,** this the 8th day of April, 2008.

                                                 /s/ Sharion Aycock
                                               **UNITED STATES DISTRICT JUDGE**