# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MINNIE SHELLY**                                                                    **PLAINTIFF**

v.                                             **CAUSE NO. 1:08-cv-00014-SA**

**NORTH MISSISSIPPI MEDICAL
CENTER, et al**                                                 **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came the motion by the plaintiff Minnie Shelly and the only remaining defendant in this case, The Stanley Works, for the entry of an order of dismissal with prejudice in this case. The Court has been advised this cause has been compromised and settled, so no issues remain between the plaintiff Minnie Shelly and the defendant The Stanley Works to be disposed of by the Court. Accordingly, the Court finds that the motion is well taken and should be granted.

**IT IS**, **THEREFORE**, **ORDERED**, that this cause be, and hereby is, dismissed with prejudice as to the defendant The Stanley Works, with each party to bear its own share of the costs. Furthermore, because The Stanley Works is the only remaining defendant in this lawsuit, this cause is to be **DISMISSED** in its entirety.

**SO ORDERED** this the 23rd day of June 2008.

                                                                      **/s/ Sharion Aycock**
                                                                      **U.S. DISTRICT COURT JUDGE**